# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| KEVIN DARNELL BANKS, Inmate Number 54150-066, | : : : | CRIMINAL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 00-230 |
| J. HOLLINGSWORTH, Warden of Fort Dix Federal Correctional Institution, | : : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this  22nd  day of May, 2013, upon consideration of the pro se Petition of

Kevin Darnell Banks ("Petitioner") for habeas corpus relief under 28 U.S.C. § 2241 (Doc. No.

73), and the Government's Response to Petitioner's Habeas Corpus Motion Under 28 U.S.C.

§ 2241, it is hereby **ORDERED** that the Petition is **TRANSFERRED** to the United States

District Court for the District of New Jersey because this District Court lacks jurisdiction over

this matter.  See 28 U.S.C. § 2241(a); 28 U.S.C. § 1631.


                                        BY THE COURT:


                                         /s/ Robert F. Kelly
                                        ROBERT F. KELLY
                                        SENIOR JUDGE